Daniel E. PROVOST v. Frederick BITTNER, No. 148-76

624

November 4, 1976. Cause remanded for the limited purpose of passing on plaintiff's motion for a new trial filed May 10, 1976. Jurisdiction retained in this Court.